# Exhibit "A"

 CT Corporation

**Service of Process Transmittal**
03/28/2022
CT Log Number 541304792

TO: Risk Management Group
SAFEWAY INC.
5918 Stoneridge Mall Rd
Pleasanton, CA 94588-3229

RE: **Process Served in Nevada**

FOR: THE VONS COMPANIES, INC.  (Domestic State: MI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: PATRICIA VIOLET BARBER, individually // To: THE VONS COMPANIES, INC. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # A22850127C |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Carson City, NV |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/28/2022 at 10:48 |
| **JURISDICTION SERVED :** | Nevada |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/29/2022, Expected Purge Date: 04/03/2022 |
| | Image SOP |
| | Email Notification,  Risk Management Group  RM.Claim.Support@Safeway.com |
| | Email Notification,  Michael McCue  Michael.McCue@safeway.com |
| | Email Notification,  Donna Shavers  donna.shavers@albertsons.com |
| | Email Notification,  Carmen Rowland  Carmen.Rowland@safeway.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>701 S. Carson Street<br>Suite 200<br>Carson City, NV 89701<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

 CT Corporation

**Service of Process Transmittal**
03/28/2022
CT Log Number 541304792

**TO:**   Risk Management Group
SAFEWAY INC.
5918 Stoneridge Mall Rd
Pleasanton, CA 94588-3229

**RE:**   **Process Served in Nevada**

**FOR:**   THE VONS COMPANIES, INC.  (Domestic State: MI)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Electronically Issued
3/23/2022 1:40 PM

1  SUMM
   Justin G. Randall, Esq.
2  Nevada Bar No. 12476
   ER INJURY ATTORNEYS
3  4795 South Durango Drive
   Las Vegas, Nevada 89147
4  Telephone: (702) 968-7500
   Facsimile: (702) 968-7525
5  Attorneys for Plaintiff

                        DISTRICT COURT
6
                    CLARK COUNTY, NEVADA
7
   PATRICIA VIOLET BARBER, individually;      )        A-22-850127-C
8                                             ) CASE NO.
              Plaintiffs,                      ) DEPT. NO.
9        vs.                                   )
                                              )
10  THE VONS COMPANIES, INC., individually;   ) **SUMMONS**
    DOES I - X, and ROE CORPORATIONS I - X,    )
11  inclusive,                                 )
                                              )
12            Defendants.                      )
                                              )
13 _____)

   **NOTICE! YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR**
14 **BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS, READ THE INFORMATION BELOW.**

15                  **THE VONS COMPANIES, INC.**

16 TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the
   Complaint.
17 1.      If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service,
   you must do the following:
18          a.      File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in
                    accordance with the rules of the Court, with the appropriate filing fee.
19          b.      Serve a copy of your response upon the attorney whose name and address is shown below.
20 2.      Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a
   judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other
21 relief requested in the Complaint
   3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be
22 filed on time.
   4.      The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members
23 and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to
   the complaint.

24 Issued at the direction of:              CLERK OF THE COURT

25                                          _Josefina San Juan_  3/24/2022
   _____               _____
26 Justin G. Randall, Esq.                 DEPUTY CLERK                    DATE
   Nevada Bar No. 12476                    200 Lewis Avenue, 5th Floor
27 4795 South Durango Drive                Las Vegas, Nevada 89155-1601
   Las Vegas, Nevada 89147
28 Attorneys for Plaintiff

                              - 1 -

Electronically Filed
3/23/2022 1:40 PM
Steven D. Grierson
CLERK OF THE COURT

COMP
Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 968-7500
Facsimile: (702) 968-7525
E-mail:  justin@erinjuryattorneys.com
Attorneys for Plaintiff

CASE NO: A-22-850127-C
Department 31

## DISTRICT COURT

## CLARK COUNTY, NEVADA

PATRICIA VIOLET BARBER, individually;

        Plaintiffs,

vs.

THE VONS COMPANIES, INC., individually;
DOES I - X, and ROE CORPORATIONS I - X,
inclusive,

        Defendants.

CASE NO.
DEPT. NO.

**COMPLAINT**

Plaintiff complains as follows:

### GENERAL ALLEGATIONS

1.     The actions complained of herein occurred in Clark County, Nevada.

2.     Defendant THE VONS COMPANIES, INC. is, and at all times mentioned herein, was a corporation conducting business in Clark County, Nevada.

3.     This Court has jurisdiction over this matter under NRS 14.065 and NRS 4.370(1) because the facts alleged occurred in Clark County, Nevada and involve an amount in controversy in excess of $15,000.00.

4.     The true names and capacities of the Defendants designated herein as Doe or Roe Corporations are presently unknown to Plaintiff at this time, who therefore sues said Defendants by such fictitious names.  When the true names and capacities of these defendants are ascertained, Plaintiff will amend this Complaint accordingly.

5.     At all times pertinent herein, Defendants were agents, servants, employees or joint venturers of every other Defendant, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named

1    Defendants.

2         6.      On January 28, 2022, Plaintiff was an invitee of Defendants located at 6450 Sky Pointe Dr.,

3    Las Vegas, Nevada (hereafter the "Property").

4         7.      Defendants maintained and were in control of the Property.

5         8.      While visiting the Property, Plaintiff slipped and fell on grease on the floor inside the

6    Property (hereafter the "dangerous condition"), causing Plaintiff serious injuries.

7         9.      Defendants should have warned or otherwise made safe the dangerous condition because

8    that condition was non-obvious to Plaintiff.

9         10.     Defendants negligently, carelessly, and recklessly maintained, constructed and allowed the

10   dangerous condition to exist.

11                                    **FIRST CAUSE OF ACTION**

12        11.     Plaintiff incorporates paragraphs 1 through 10 of the Complaint as if those paragraphs were

13   fully incorporated herein.

14        12.     Defendants owed Plaintiff a duty of care to warn Plaintiff of the non-obvious and dangerous

15   condition.

16        13.     Defendants breached this duty of care by failing to warn Plaintiff of the dangerous, non-

17   obvious condition.

18        14.     Defendants' negligence directly and proximately caused Plaintiff serious injury.

19        15.     As a direct and proximate result of Defendants' negligence, Plaintiff received medical and

20   other treatments for injuries sustained to her bodily limbs, organs and nervous systems, all or some of

21   which conditions may be permanent and disabling and, all to Plaintiff's damage in a sum in excess of

22   $15,000.00.  Said services, care, and treatment are continuing and shall continue in the future.

23        16.     As a direct and proximate result of Defendants' negligence, Plaintiff has been required to

24   and has limited certain recreational activities, which have caused, and shall continue to cause loss of

25   enjoyment of life.

26        17.     Plaintiff has been required to engage the services of an attorney, incurring attorney's fees

27   and costs to bring this action.

28   \\\

1    WHEREFORE, Plaintiff expressly reserving the right to amend this complaint prior to or at the time

2    of trial of this action, to insert those items of damage not yet fully ascertainable, prays judgment against all

3    Defendants, and each of them, as follows:

4       1.      For general damages in an amount in excess of $15,000.00;

5       2.      For special damages in an amount in excess of $15,000.00;

6       3.      For reasonable attorney's fees and costs;

7       4.      For interest at the statutory rate; and

8       5.      For such other relief as the Court deems just and proper.

9                              ER INJURY ATTORNEYS

10

11                         By:

12                            Justin G. Randall, Esq.
                             Nevada Bar No. 12476
13                           4795 South Durango Drive
                             Las Vegas, Nevada 89147
14                           Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28