Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
Phone: (702) 968-7500
Fax: (702) 968-7525
E-mail:justin@erinjuryattorneys.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA VIOLET BARBER, individually;<br><br>Plaintiffs,<br>vs.<br><br>THE VONS COMPANIES, INC., individually; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00736-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Defendant The Vons Companies filed its Motion for Summary Judgment on June 12, 2023, (Docket #17). Plaintiff Patricia Violet Barber's response to Defendant's Motion for Summary Judgment is currently due July 3, 2023.

Plaintiff Patricia Violet Barber, through her counsel of record, Justin G. Randall, Esq., of ER Injury Attorneys, and Defendant The Vons Companies, through its counsel of record Jacquelyn Franco, Esq., of Bacus Burden, stipulate and agree, that:

Plaintiff Patricia Violet Barber shall have up to and including July 17, 2023, to file and serve her response to Defendant's Motion for Summary Judgment (Docket #17), and any timing for any reply thereafter will be determined by the Local District Court Rules.

| | |
|---|---|
| ER INJURY ATTORNEYS | BACUS BURDEN |
| By: /s/ Justin G. Randall<br>    Justin G. Randall, Esq.<br>    Nevada Bar No. 12476<br>    1700 S. Pavilion Center Dr., Ste. 530<br>    Las Vegas, Nevada 89135<br>    Attorneys for Plaintiff | By: /s/ Jacquelyn Franco<br>    Jacquelyn Franco, Esq.<br>    Nevada Bar No. 13484<br>    3050 S. Durango Dr.<br>    Las Vegas, Nevada 89117<br>    Attorneys for Defendant |

1

**ORDER**

IT IS SO ORDERED that Plaintiff Patricia Violet Barber shall have up to and including July 17, 2023, to file and serve her response to Defendant's Motion for Summary Judgment (Docket #17), and any timing for any reply thereafter will be determined by the Local District Court Rules.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of July, 2023.



Miriam Alvarez <miriam@erinjuryattorneys.com>

## RE: Vons adv. Barber - SAO to Extend Briefing Schedule
1 message

**Jacquelyn Franco** <jacquelynfranco@backuslaw.com>                            Fri, Jun 30, 2023 at 11:42 AM
To: Miriam Alvarez <miriam@erinjuryattorneys.com>
Cc: Justin Randall <justin@erinjuryattorneys.com>, Jack Burden <jackburden@backuslaw.com>, Katri Ching <kching@backuslaw.com>, "patriciavioletbarberz10409497@projects.filevine.com" <patriciavioletbarberz10409497@projects.filevine.com>

You may submit with my electronic signature, thank you Miriam.


Happy Friday.


*Jacquelyn Franco, Esq.*

3050 South Durango Drive

Las Vegas, Nevada 89117

(702) 872-5555

(702) 872-5545 (*f*)


www.backuslaw.com



**Confidential and privileged email**: This email may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient, please contact BACKUS | BURDEN and delete all copies of this email.

---

**From:** Miriam Alvarez <miriam@erinjuryattorneys.com>
**Sent:** Friday, June 30, 2023 10:46 AM
**To:** Jacquelyn Franco <jacquelynfranco@backuslaw.com>
**Cc:** Justin Randall <justin@erinjuryattorneys.com>; Jack Burden <jackburden@backuslaw.com>; Katri Ching <kching@backuslaw.com>; patriciavioletbarberz10409497@projects.filevine.com
**Subject:** Vons adv. Barber - SAO to Extend Briefing Schedule


Hi Jacquelyn-- Attached is the SAO to Extend Briefing schedule for your review. Please review and let us know if we can submit with your e-signature. Thank you.