Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendant,
*The Vons Companies, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA VIOLET BARBER, individually, ) | 2:22-cv-00736- RFB-DJA |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. ) | |
| THE VONS COMPANIES, INC., individually; DOES I-X; and ROE CORPORATIONS I-X, inclusive, ) | *Second Request* |
| Defendants. ) | |

Defendant The Vons Companies filed its Motion for Summary Judgment on June 12, 2023. Plaintiff Patricia Violet Barber filed her response on July 13, 2023.

Counsel of record for both parties, Jacquelyn Franco, Esq. of Backus | Burden and Justin G. Randall, Esq. of ER Injury Attorneys, stipulate and agree:

Defendant The Vons Companies shall have up to and including August 20, 2023 to file and serve its Reply in Support of its Motion for Summary Judgement [ECF No. 17].

. . . .

. . . .

. . . .

The Parties stipulate and agree to the extended briefing schedule to allow time for continued settlement discussions to take place. The Parties aver that this request is made by the Parties in good faith and not for the purpose of delay.

DATED this 17th day of July 2023.
**ER INJURY ATTORNEYS**

 /s/  *Justin Randall*
JUSTIN RANDALL, ESQ.
Nevada Bar No. 12476
1700 Pavilion Center Dr., Suite 530
Las Vegas, NV 89135
*Attorneys for Plaintiff*

DATED this 17th day of July 2023.
**BACKUS | BURDEN**

 /s/ *Jacquelyn Franco*
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JACQUELYN FRANCO, ESQ.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED this the 24th day of July, 2023.

_____
**RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE