Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendant,
*The Vons Companies, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA VIOLET BARBER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., individually; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | 2:22-cv-00736- RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>*Third Request* |

Defendant The Vons Companies filed its Motion for Summary Judgment on June 12, 2023. Plaintiff Patricia Violet Barber filed her response on July 13, 2023.

Counsel of record for both parties, Jacquelyn Franco, Esq. of Backus | Burden and Justin G. Randall, Esq. of ER Injury Attorneys, stipulate and agree:

Defendant The Vons Companies shall have up to and including Monday, September 14, 2023 to file and serve its Reply in Support of its Motion for Summary Judgement [ECF No. 17].

. . . .

. . . .

. . . .

The Parties have reached a tentative agreement but are waiting for confirmation of the final Medicare lien before finalizing the settlement. The Parties aver that this request is made by the Parties in good faith and not for the purpose of delay.

DATED this 16th day of August 2023.
**ER INJURY ATTORNEYS**

 _/s/_ Justin Randall_ _____
JUSTIN RANDALL, ESQ.
Nevada Bar No. 12476
1700 Pavilion Center Dr., Suite 530
Las Vegas, NV 89135
*Attorneys for Plaintiff*

DATED this 16 day of August 2023.
**BACKUS | BURDEN**

 _/s/_ Jacquelyn Franco_____
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JACQUELYN FRANCO, ESQ.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE

2