Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jfranco@backuslaw.com
Attorneys for Defendant,
*The Vons Companies, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA VIOLET BARBER, individually<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., individually; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | 2:22-cv-00736- RFB-DJA<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

Plaintiff PATRICIA VIOLET BARBER, by and through her counsel Justin Randall, Esq. of ER INJURY ATTORNEYS and Defendant THE VONS COMPANIES, INC. by and through its counsel Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: Sept 26, 2023          DATED: 9/25, 2023

**BACKUS | BURDEN**              ER INJURY ATTORNEYS

Jack P. Burden, Esq.           Justin G. Randall, Esq.
Jacquelyn Franco, Esq          Nevada Bar No. 12476
3050 South Durango Drive       1700 S. Pavilion Center Dr. #530
Las Vegas, Nevada 89117        Las Vegas, NV 89135
(702) 872-5555                 Telephone: (702) 968-7500
(702) 872-5545                 Facsimile: (702) 968-7525
jburden@backuslaw.com          justin@erinjuryattorneys.com
JacquelynFranco@backuslaw.com  *Attorneys for Plaintiff Patricia Violet Barber*
*Attorneys for Defendant The Vons Companies, Inc*

**ORDER - *2:22-cv-00736- RFB-DJA***

**IT IS SO ORDERED.**

DATED this __27__ day of ____September____, 2023

_____
UNITED STATES ~~DISTRICT~~ JUDGE